In the Matter of the Judicial Settlement of the Accounts of FLORENCE EDNA WILSON, as Executrix, etc., of WILLIAM F. STALEY, Deceased.— Decree so far as appealed from affirmed, without costs. All concur. (The portion of the decree appealed from allows a claim for nursing services rendered to decedent.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LEHIGH VALLEY RAILWAY COMPANY and LEHIGH VALLEY RAILROAD COMPANY, Respondents, v. L. F. ALLEN and Others, as Assessors of the Town of Farmington, Ontario County, New York, Appellants.— Order affirmed, without costs. All concur. (The order directs defendants to make further and amended returns to four writs of certiorari in proceedings to review tax assessments.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

HAROLD B. UNDERWOOD, Respondent, v. CHARLES F. JOYCE Co., INC., Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for salary due under contract. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ANNA K. HOLLINGER, Appellant, v. CENTRAL GREYHOUND LINES OF NEW YORK, Respondent.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the evdence presented questions of fact for the jury as to the negligence of the defendant and contributory negligence of the plaintiff. All concur, except Crosby, P. J., who dissents and votes for affirmance. (The judgment dismisses plaintiff's complaint on the merits at the close of plaintiff's case in an action for damages for personal injuries by reason of negligent condition of bus loading platform.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

SAMUEL HENRY, Respondent, v. GEORGE F. NEWTON and WEST AVENUE GARAGE, INC., Appellants.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN NOBLE, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison, Attica, New York, Respondent.— Order affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.